FILED
APR 25 2011

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 00-CR-213-01-BR |
| v. | ORDER FROM JOINT MOTION TO REDUCE SENTENCE UNDER RULE 35(b)(2) |
| PHUC HUU NGUYEN, | |
| Defendant. | |

This matter came before the court on the joint motion of the United States of America, through Dwight C. Holton, United States Attorney for the District of Oregon, and John F. Deits, Assistant United States Attorney, joined by the defendant through his attorney, James Lang, for an Order from the Court under Federal Rule of Criminal Procedure 35(b)(2) (a substantial assistance provision) to reduce the above defendant's custodial sentence from 197 months imprisonment to 157 months imprisonment.

The court finds under Federal Rule of Criminal Procedure 35(b)(2) that defendant has earned a reduction in sentence for substantial assistance to authorities but through inadvertence this has never been brought to the court's attention.

It is hereby ORDERED that an Amended Judgment be entered reducing defendant's custodial sentence from 197 months imprisonment to **157 months imprisonment**. All other

Page 1 - **ORDER FROM JOINT MOTION TO REDUCE SENTENCE UNDER RULE 35(b)(2)**

conditions of defendants' original sentence (i.e., term and conditions of supervised release, special assessments, etc.) shall remain the same.

DATED this 25th day of April 2011.

_____
THE HONORABLE ANNA J. BROWN
United States District Judge

Submitted by:

DWIGHT C. HOLTON
United States Attorney
District of Oregon

*/s/ John F. Deits*
JOHN F. DEITS, OSB #743647
Assistant United States Attorney

**Page 2 - ORDER FROM JOINT MOTION TO REDUCE SENTENCE UNDER RULE 35(b)(2)**